IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | ) | |
| | ) | |
| v. | ) | CR NO. 2:21cr0455-MHT-SRW |
| | ) | (WO) |
| WILLIAM COLON EASTERLING | ) | |
| BRENT COLON EASTERLING | ) | |
| KASSI BROOK EASTERLING | ) | |
| WILLIAM TYLER EASTERLING | ) | |
| GEORGE WILLIAM EASTERLING | ) | |
| THOMAS GLYN WILLIAMS | ) | |
| AMBER NICOLE EASTERLING. | ) | |

ORDER

This matter is before the court on the government's motion for a protective order.
Doc. 11. Upon consideration, it is ORDERED that the motion is GRANTED to the
following extent:

1.  The United States shall provide all discoverable materials (to include appropriate
    grand jury materials) to all defendants pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i) and
    6(e)(3)(F).

2.  Counsel for the parties shall share the "Protected Information" only with their
    clients, support staff, investigators, contractors, and experts in connection with
    litigating the above-captioned matter;

3.  Counsel shall redact any and all protected information from any public filings; and

4.  If there is a need to request authorization and disclosure of Protected Information
    prior to or during any hearing beyond that which is permitted by this order, then
    counsel shall make an application to the court for authorization and give timely
    notice to all parties.

DONE, on this the 3rd day of November, 2021.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge