IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM COLON EASTERLING, | ) |
| BRENT COLON EASTERLING, | ) Case No.: 2:21-cr-00455-MHT-SMD |
| KASSI BROOK EASTERLING, | ) (WO) |
| WILLIAM TYLER EASTERLING, | ) |
| GEORGE WILLIAM EASTERLING, | ) |
| THOMAS GLYN WILLIAMS, and | ) |
| AMBER NICOLE EASTERLING | ) |

**RESTRAINING ORDER REGARDING
BIRDS AND OTHER PROPERTY THAT IS THE SUBJECT OF THE UNITED
STATES' MOTION FOR CRIMINAL RESTRAINT**

Plaintiff the United States of America and Defendants Brent Colon Easterling, Kassi Brook Easterling, George William Easterling, Thomas Glyn Williams, and Amber Nicole Easterling, having entered into Court-ordered mediation regarding the United States' Motion for Criminal Restraining Order to Preserve the Availability of Property for Forfeiture (Doc. 12) (the "Motion for Restraining Order"), have reached a resolution related to certain property that is the subject of the Motion for Restraining Order. This Order memorializes the mediated resolution reached by these parties.

Accordingly, it is ORDERED as follows:

As to Defendant Brent Colon Easterling:

1.  For the purposes of this Order, the L&L Gamefarm flock consists of approximately 1,200 roosters, hens, young chickens, and unhatched chickens on the property located at or around 4227 County Road 528, identified by Chilton County Tax Assessor parcel ID numbers

142101020000008.000 ("Parcel 8"), 142101020000009.000 ("Parcel 9"), 142101020000009.001 ("Parcel 9.001"), (the "L&L Gamefarm Flock").

2.      Brent Colon Easterling is the owner of the L&L Gamefarm Flock and all of the associated bird-care equipment (such as incubators, cages, and feeding and watering mechanisms).

3.      Brent Colon Easterling may sell or gift the L&L Gamefarm flock of chickens so long as he provides the United States with information required in Attachment 1 of the Order at least two business days prior to any such sale or gifting, during which time the United States may object to the sale.

4.      Brent Colon Easterling shall not sell or give any of the L&L Gamefarm Flock to any person whom he knows, or reasonably should know, engages in or has engaged in cockfighting.

5.      Brent Colon Easterling shall feed, care, and maintain each bird comprising the L&L Gamefarm Flock pursuant to the requirements enumerated in the Notice of Agreement (Doc. 16) until the birds are removed in a manner consistent with this Order.

6.      After the L&L Gamefarm Flock is sold to a buyer, Brent Colon Easterling may sell his chicken-care related equipment (such as incubators, cages, and feeding and watering mechanisms) so long as he provides the United States with the following information for each such sale: date of sale, item sold, amount of sale, full name of purchaser within one week of the sale.

<u>As to Defendant George William Easterling</u>:

7.      For the purposes of this Order, George William Easterling's Swift Creek Gamefarm flock consists of approximately 1,200 roosters, hens, young chickens, and unhatched chickens on the property located at or around:

(a) 4046 County Road 528, identified by Chilton County Tax Assessor parcel ID numbers 142101020000012.000 ("Parcel 12") and 142101020000007.001 ("Parcel 7.001");

(b) the most western portion of the property located at 4295 County Road 528 in Verbena, Alabama, identified by Chilton County Tax Assessor parcel ID numbers 1142101020000005.000 ("Parcel 5"), 42101020000006.000 ("Parcel 6"), and 142101020000006.001 ("Parcel 6.001"); and

(c) the northwestern portion of Parcel 8; (the "Swift Creek Gamefarm Flock").

8. George William Easterling shall feed, care, and maintain each bird comprising the Swift Creek Gamefarm Flock pursuant to the requirements enumerated in the Notice of Agreement (Doc. 16) until the Court rules on the pending Motion for Restraining Order or further agreement among the United States and George William Easterling.

9. George William Easterling owns one Caterpillar utility vehicle and at least one red pickup truck and shall maintain possession of these vehicles until the resolution of the above-captioned matter.

<u>As to Defendants Thomas Glyn Williams, Jr., Amber Nicole Easterling, and Kassi Brook Easterling</u>:

10. Defendants Thomas Glyn Williams, Jr. and Amber Nicole Easterling have stated that they neither possess nor hold ownership interests in any of the property that is the subject of the United States' Motion for Restraining Order; because the United States has not raised any objections to these statements, there are no terms in this Order that are specific to these two Defendants.

11. Defendant Kassi Brook Easterling has waived any and all rights to and any and all property interest in the L&L Gamefarm Flock and any chicken-care related equipment (such as incubators, cages, and feeding and watering mechanisms). She neither possesses nor holds

ownership interests in any of the other property that is the subject of the United States' Motion for Restraining Order. Because the United States has not raised any objections to these statements, there are no terms in this Order that are specific to this Defendant.

<u>As to Defendants Brent Colon Easterling, Kassi Brook Easterling, George William Easterling, Thomas Glyn Williams, and Amber Nicole Easterling</u>:

12.     Until further Order, none of these Defendants may sell, or receive proceeds from the sale of, any property, real or tangible, located on land identified by Chilton County Tax Assessor parcel ID numbers 142101020000005.000 ("Parcel 5"), 142101020000006.000 ("Parcel 6"), 142101020000006.001 ("Parcel 6.001"), and 142101020000007.000 ("Parcel 7") until the resolution of the above-captioned matter.

13.     The mediated resolution memorialized herein does not constitute an admission of guilt by any Defendant, nor does anything in the resolution absolve any Defendant of the allegations in the Indictment, nor does anything in the resolution waive the United States' rights in seeking criminal forfeiture of any and all items listed in the criminal forfeiture allegations of the Indictment, including but not limited to the proceeds of any and all sales of birds. Furthermore, nothing in the mediated resolution bars or prohibits the United States from bringing additional charges for any crime committed by any Defendant before or after the entering of this Order, including but not limited to any crime related to the knowing sale of birds or equipment to anyone who uses birds or equipment in an illegal animal fighting venture.

14.     This Order does not modify any pre-trial conditions set by this Court pursuant to the Defendants' arraignment on the Indictment.

15. Attachment 2 of the Order identifies the parcels of land discussed in Paragraphs 1, 7, and 12 above.

**DONE, this the 31st day of January, 2022.**

                                       **/s/ Myron H. Thompson**
                                       **UNITED STATES DISTRICT JUDGE**

**ATTACHMENT 1**

*This Form Will Be Provided to the United States Government*

# Easterling Chicken Sale Form

**Date of Sale:** (mm/dd/yyyy)_____

| Seller Information: | |
|---|---|
| Name: | |
| Address: | |

**Chickens Sold:**

| Breed | Number of Roosters | Number of Stags | Number of Hens | Number of Pullets | Number of Chicks | Tag Numbers (if applicable) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Amount and Method of Sale:**

| | Sale Amount | Payment to (Name) | Payment from (Name) | Method of Delivery (U.S. Mail, FedEx, in-person, etc.) |
|---|---|---|---|---|
| Cash | | | | |
| Check | | | | |
| Electronic Payment (e.g. PayPal, Zelle, Apple Pay, etc.) | | | | |
| Other (explain) | | | | |

Page **1** of **2**

*This Form Will Be Provided to the United States Government*

| **Purchaser/Recipient Information:** | |
|---|---|
| Name: | |
| Address: | |
| Proof of ID Attached? | |

**Purchaser/Recipient Certification:**

I certify that none of the birds sold to or received by me today will be used, possessed, trained, sold, delivered, or transported for the purposes of having the animal participate in an animal fighting venture in violation of the animal fighting prohibition in Title 7 of the United States Code, Section 2156. I certify under penalty of law that I have not provided false information on this form and that there are significant penalties for knowingly submitting false statements and information to the United States government, including the possibility of fines or imprisonment pursuant to Title 18 of the United States Code, Section 1001.

SIGNATURE:_____

PRINTED NAME:_____

DATE:_____

Page 2 of 2

**ATTACHMENT 2**
**Parcel Map**



