IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr455-MHT |
| | ) | (WO) |
| **WILLIAM COLON EASTERLING** | ) | |

## OPINION AND ORDER

Defendant William Colon Easterling moved to suppress the evidence seized during a search of his home pursuant to a search warrant. He contends that the search warrant, which covered several areas, was invalid as to his home because of an insufficient nexus between the alleged criminal activity and his home. This case is before the court on the recommendation of the United States Magistrate Judge that Easterling's motion to suppress be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

Accordingly, it is ORDERED that:

  (1) The recommendation of the United States Magistrate Judge (Doc. 142) is adopted.

  (3) The motion to suppress (Doc. 127) is denied.

  DONE, this the 25th day of May, 2022.

          <u>/s/ Myron H. Thompson</u>
          **UNITED STATES DISTRICT JUDGE**