IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-cr-00455-MHT |
| | ) | (WO) |
| WILLIAM COLON EASTERLING | ) | |

### AMENDED PRELIMINARY ORDER OF FORFEITURE

Now pending before the court is the government's motion for an amended preliminary order of forfeiture (Doc. 373) filed on December 6, 2022.

On November 30, 2022, this court entered a preliminary order of forfeiture (Doc. 348) which directed forfeiture of the defendant's interest in $57,090.00 in United States currency.

On December 5, 2022, counsel for defendant William Colon Easterling submitted supporting documentation and information to the government that adjusted the amount of United States currency that represented facilitating property and/or proceeds to $29,565.00 in United States currency. Upon review of the supporting documents provided, the government agrees that it is in the interest of justice to return $27,525.00 to him.

Accordingly, it is ORDERED that the government's motion for a preliminary order of forfeiture is granted as follows:

1. Pursuant to the agreement between the United States and counsel for defendant William Colon Easterling, $27,525.00 shall be returned to said defendant.

2. The court has determined that the following property remains subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 7 U.S.C. § 2156, and 28 U.S.C. § 2461; that the defendant has an interest in such property; and that the government has established the requisite nexus between such property and such offenses: **$29,565.00 in United States currency.**

3. The court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

It is further ORDERED that:

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

5. In light of the parties' agreement, the forfeiture hearing for defendant William Colon Easterling, set for December 6, 2022, is cancelled.

DONE, this the 6th day of December, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE